1  Michael Paretti
   Nevada Bar No. 13926
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: mparetti@swlaw.com
5
   Attorneys for Defendant
6  Credit One Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON THOMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | CASE NO.: 2:20-cv-00266-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Brandon Thompson ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] to March 19, 2020, for the following reasons:

1. Plaintiff served the Complaint and Summons on Credit One on February 13, 2020.

2. Credit One's Answer is currently due March 5, 2020.

3. Credit One requires additional time to investigate the allegations set forth in the Complaint and to prepare the appropriate response, and requested a 14-day extension of its time to respond.

4. On February 20, 2020, counsel for Plaintiff agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Credit One to respond to Plaintiff's Complaint to and including March 19, 2020.

DATED: February 26, 2020

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce*
Gustavo Ponce
Nevada Bar No. 15084
6069 S. Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Brandon Thompson*

DATED: February 26, 2020

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

## **ORDER**

**IT IS ORDERED** that Credit One shall respond to Plaintiff's Complaint on or before March 19, 2020.

DATED: February 27, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4822-9295-5061.2

- 2 -