Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT OF NEVADA

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON THOMPSON, on behalf of Himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant.<br>_____/ | **UNOPPOSED MOTION FOR LEAVE TO FILE JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER IN COMPLIANCE WITH LOCAL RULE 26-1(b) OUT OF TIME AND ORDER**<br><br>CASE NO.: 2:20-cv-00266-GMN-EJY |

COMES NOW, the parties, by and through their undersigned counsel, and files this Motion for Leave to File the Joint Proposed Discovery Plan and Scheduling Order in Compliance with Local Rule 26-1(b) Out of Time, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). In support of this Motion, the parties state:

1. Plaintiff filed his Class Action Complaint on February 6, 2020 (Doc. 1).

2. Defendant filed a Motion to Stay Litigation on March 16, 2020 (Doc. 7).

3. Plaintiff inadvertently missed the deadline for coordinating the parties scheduling conference and upon realizing the error, immediately circulated a proposed scheduling plan and

reached out to opposing counsel to schedule a time for the parties to discuss the proposed scheduling order.

4. The parties are scheduled to confer on Monday, May 11, 2020 and request an extension to file the Joint Proposed Discovery Plan and Scheduling Order no later than May 15, 2020.

5. This motion is being filed in good faith and not for the purpose of delay or frustration of this cause.

6. On May 11, 2020 Defendant agreed to the extension requested.

7. The granting of this Motion will not prejudice the parties.

### 8. MEMORANDUM OF LAW

9. This Court has discretion to enlarge the time to file a responsive pleading for good cause per

10. Fed. R. Civ. P. 6(b)(1). Plaintiff is respectfully requesting he be allowed to file the Joint Proposed Discovery Plan and Scheduling Order in Compliance with Local Rule 26-1(b) Out of Time. Federal Rules of Civil Procedure 6(b)(1)(B) also provides that the Court for cause may, in its discretion, order that a period of time be enlarged if the request for such enlargement is made upon motion after the expiration of the specified period where the failure to act was the result of excusable neglect.

11. Excusable neglect is a flexible and somewhat forgiving notion. *Meier v. Deutsche Bank Trust Co. Americas*, No. 2:09-CV-169-FTM-29SP, 2011 WL 1806509, at *2 (M.D. Fla. May 11, 2011). The factors set forth in *Glover v. City of Pensacola*, 372 F. App'x 952, 955 (11th Cir. 2010), are met in this instance. Specifically: (1) there is no danger of prejudice to the opposing party; (2) there is no danger of delay harmful to the judicial

proceedings; (3) the reason for the delay was a simple inadvertence in calendaring.

12. WHEREFORE, the parties respectfully request that this Honorable Court grant the Motion for Leave to File the Joint Proposed Discovery Plan and Scheduling Order in Compliance with Local Rule 26-1(b) Out of Time.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 11th day of May, 2020, to all parties of record.

Respectfully submitted,

/s/ Heather H. Jones
Heather H. Jones, Esq. (Pro Hac Vice)
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

/s/ Gustavo Ponce
Gustavo Ponce, Esq.
Nevada Bar No. 15084
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Rd., Suite 100
Las Vega, Nevada 89148
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
gustavo@kazlg.com
Attorney for Plaintiff

## ORDER

**IT IS ORDERED** that the Parties shall file the Joint Scheduling Report on or before May 15, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2020

3