Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com

*Attorneys for Plaintiff,*
*BRANDON THOMPSON*

# UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

| | |
|---|---|
| Brandon Thompson, | **Case No.: 20-cv-00266-GMN-EJY** |
| Plaintiff, | **Stipulation of Dismissal of Action Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i).** |
| vs. | |
| Credit One Bank, N.A., | |
| Defendant. | |

///

///

///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Brandon Thompson ("Plaintiff") and Defendant Credit One Bank, N.A. ("Defendant") stipulate to Plaintiff's dismissal of this matter without prejudice. Each party will bear its own costs, disbursements, and attorney fees.

DATED this _7th_ day of April 2021.

**KAZEROUNI LAW GROUP, APC**

By: _/s/ Gustavo Ponce_
Gustavo Ponce, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**KELLEY DRYE & WARREN LLP**

By: _/s/ Becca J. Wahlquist_
Becca J. Wahlquist, Esq.
1800 Century Park East, Suite 600
Los Angeles, CA 90067
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this __8__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1

**CERTIFICATE OF SERVICE**

2    I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3 Procedure that on April 7, 2021, the foregoing Stipulation was filed and served via

4 CM/ECF to all parties appearing in this case.

5

6                                        **KAZEROUNI LAW GROUP, APC**

7

8                                        By: _____

9 _____    GUSTAVO PONCE, ESQ.
                                       6069 S. FORT APACHE ROAD, SUITE 100
10                                      LAS VEGAS, NV 89148
                                       *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28